UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

      v.                        CASE. No. 21-0445 (PAD)

RAFAEL JIMENEZ MARTINEZ [2]

      Defendant.

MEMORANDUM IN SUPPORT OF RAFAEL JIMENEZ MARTINEZ'
POSITION ON SENTENCING

TO THE HONORABLE COURT:

COMES NOW DEFENDANT RAFAEL JIMENEXZ MARTINEZ [2], by and though his court appointed counsel of record, who most respectfully prays and states as follows:

1. Sentencing in this case is scheduled for May 24, 2024 pursuant to a Plea Agreement entered into and filed with the Court on 2/22/24 Docket #74.

2. A Pre-Sentence Investigation report was prepared after a thorough interview was conducted in the presence of counsel and defendant. Docket #79.

3. We also acknowledge the filing by the prosecution of a Sentencing Memorandum (Docket #85) whereby the plea agreement terms are supported, and a recommendation is made of a total offense level of 29, which in a Criminal History Category of I fall in a guideline range of 87 to 108 months.

4. We stand by the Plea Agreement ourselves, however, there is important information that needs to be shared with the court upon sentencing this defendant in order to move this Honorable Court to impose a sentence sufficient but not greater than necessary.

5. Defendant is a father to the biological children and to the children by his partners, for whom he is the paternal figure.

6. Rafael Jimenez Martinez' life has been targeted by poverty since birth. His parents could not feed him and surrendered the child to the grandparents to be raised.

7. Defendant has been recognized as a voluntary member at the Imbert Civil Defense Municipal Department where he collaborates and committed himself to do the work assigned when a catastrophic event occurs. He never refused to help persons in need at any time and any place. He was always able to help and assist others.

8. **Defendant worked as a fish cleaner, earning approximately $150 monthly; as an assistant construction worker, making approximately $50 weekly; as a baker and bread salesman, for which his pay was so low he had to forego it to pursue the other occupations listed herein.**

9. **Defendant's mother is a cancer patient, with prognosis as not good. Defendant's mother will probably die before defendant's proposed sentence is completed.**

10. **Defendant has a child with physical and disabling challenges which will require a lifetime of specialized medical care.**

11. **He recognizes his wrong doing, his intention was to find a job in this country to improve the lifestyle of his family.  However,  he recognizes that the bad decision to be involved in this venture is worst than the struggle life that he had in his mainland.  He is very repentant and committed himself to study prepare while waiting for his release after serving the time that would be imposed in this case.**

**IN VIEW OF THE FOREGOING,** we respectfully request that the Honorable Court use its discretion and authority to sentence this defendant toa term of imprisonment which will not be greater than necessary to achieve its punitive

purpose.  That is the sentence recommended by the Government 87 month less the two points of Section 821, that will allow the Court to sentence defendant to a 70 month of imprisonment – sufficient but not greater than necessary.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on May 21st, 2024.

s/*Luz M. Ríos Rosario*
LUZ M. RIOS ROSARIO
USDCPR 126614
54 COLL Y TOSTE
HATO REY PUERTO RICO 00918
(787)396-2120
luzm.rios7@hotmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date May 21st, 2024, I filed the present Sentencing Memorandum with the Clerk's office ECF system, which in turn will notify electronically the following parties: AUSA Antonio L. Pérez Alonso, Torre Chardón 1201, 350 Carlos Chardón Street, Hato Rey, PR 00918, and USPO Annette C, Acevedo, 150 Calle Chardón Avenue, Office 225, San Juan, PR 00918,

at their respective email addresses. I have also notified the Defendant verbally of this request.

In San Juan, Puerto Rico, on May 21st, 2024.

s/Luz M. Rios-Rosario
LUZ M. RIOS-ROSARIO
USDCPR 126614
54 Coll y Toste
Hato Rey, PR 00918
(787)396-2120